# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br>Plaintiff,<br><br>v.<br><br>CLOSET SIGNATURE FASHION VALLEY MALL, a California Corporation; SEUNG DE NA d/b/a FASHION MAGAZINE, a business entity of form unknown; and DOES 1 through 10,<br><br>Defendant. | Case No.: 2:17−cv−09260 JAK (FFMx)<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS HEREBY ORDERED that: Judgment is ENTERED in favor of STAR FABRICS, INC. ("Plaintiff") and against CLOSET SIGNATURE VALLEY MALL, a California Corporation, in the amount of $12,998.16, with post-judgment interest to accrue and become payable in the amount prescribed by statute.

**IT IS SO ORDERED**.

Dated: May 18, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE